FILED

2018 APR -9 PM 1: 57

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Civil Case Number: 3:18-cv-471-J-39JRK

Tracy C. Brock,

          Plaintiff,

vs.

Diversified Consultants, Inc.

          Defendant.

## COMPLAINT

For this Complaint, the Plaintiff, Tracy C. Brock, by undersigned counsel, states as follows:

### JURISDICTION

1. This action arises out of Defendant's repeated violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* ("FDCPA").

2. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(2), in that the Defendant transacts business in this District and a substantial portion of the acts giving rise to this action occurred in this District.

### PARTIES

3. The Plaintiff, Tracy C. Brock ("Plaintiff"), is an adult individual residing in Hueytown, Alabama, and is a "consumer" as the term is defined by 15 U.S.C. § 1692a(3).

4. The Defendant, Diversified Consultants, Inc. ("Diversified"), is a Georgia business entity with an address of 10550 Deerwood Park Boulevard, Suite 309, Jacksonville,

Florida 32256-2805, operating as a collection agency, and is a "debt collector" as the term is defined by 15 U.S.C. § 1692a(6).

## ALLEGATIONS APPLICABLE TO ALL COUNTS

### A. The Debt

5. A financial obligation (the "Debt") was allegedly incurred to an original creditor (the "Creditor").

6. The Debt arose from services provided by the Creditor which were primarily for family, personal or household purposes and which meets the definition of a "debt" under 15 U.S.C. § 1692a(5).

7. The Debt was purchased, assigned or transferred to Diversified for collection, or Diversified was employed by the Creditor to collect the Debt.

8. The Defendant attempted to collect the Debt and, as such, engaged in "communications" as defined in 15 U.S.C. § 1692a(2).

### B. Diversified Engaged in Harassment and Abusive Tactics

9. In or around mid October 2017, Diversified contacted Plaintiff in an attempt to collect the Debt allegedly owed by Plaintiff's mother (the "Debtor").

10. During the initial conversation, Plaintiff advised Diversified that she was being called in error. Plaintiff provided Diversified with her name and the last 4 digits of her social security number to verify that she was not the Debtor. As such, Plaintiff requested that all calls to her cease.

11. Nonetheless, Diversified thereafter continued calling Plaintiff, causing frustration.

C. **Plaintiff Suffered Actual Damages**

12. The Plaintiff has suffered and continues to suffer actual damages as a result of the Defendant's unlawful conduct.

13. As a direct consequence of the Defendant's acts, practices and conduct, the Plaintiff suffered and continues to suffer from humiliation, anger, anxiety, emotional distress, fear, frustration and embarrassment.

## COUNT I

### VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT – 15 U.S.C. § 1692, *et seq.*

14. The Plaintiff incorporates by reference Paragraphs 1-13 of this Complaint as though fully stated herein.

15. The Defendant's conduct violated 15 U.S.C. § 1692b(1) in that Defendant contacted Plaintiff for purposes other than to confirm or correct location information of the Debtor.

16. The Defendant's conduct violated 15 U.S.C. § 1692b(3) in that Defendant contacted Plaintiff in regards to the Debtor's debt on numerous occasions, without being asked to do so.

17. The Defendant's conduct violated 15 U.S.C. § 1692d in that Defendant engaged in behavior the natural consequence of which was to harass, oppress, or abuse the Plaintiff in connection with the collection of a debt.

18. The Defendant's conduct violated 15 U.S.C. § 1692d(5) in that Defendant caused a phone to ring repeatedly and engaged the Plaintiff in telephone conversations, with the intent to annoy and harass.

19. The Defendant's conduct violated 15 U.S.C. § 1692f in that Defendant used unfair and unconscionable means to collect a debt.

20. The foregoing acts and omissions of the Defendant constitute numerous and multiple violations of the FDCPA, including every one of the above-cited provisions.

21. The Plaintiff is entitled to damages as a result of Defendant's violations.

## PRAYER FOR RELIEF

WHEREFORE, the Plaintiff prays that judgment be entered against the Defendant:

1. Statutory damages of $1,000.00 pursuant to 15 U.S.C. §1692k(a)(2)(A) against the Defendant;

2. Costs of litigation and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k(a)(3) against the Defendant;

3. Actual damages from the Defendant for the all damages including emotional distress suffered as a result of the intentional, reckless, and/or negligent FDCPA violations and intentional, reckless, and/or negligent invasions of privacy in an amount to be determined at trial for the Plaintiff; and

4. Such other and further relief as may be just and proper.

## TRIAL BY JURY DEMANDED

Dated: April 3, 2018

Respectfully submitted,

By   /s/ Tamra Givens
Tamra Givens, Esq.
Florida Bar No. 657638
43 Danbury Road
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
tgivens@lemberglaw.com