UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TRACY C. BROCK,

    Plaintiff,

v.                              Case No. 3:18-cv-471-J-39JRK

DIVERSIFIED CONSULTANTS, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS MATTER** is before the Court on the Notice of Withdrawal of Complaint and Voluntary Dismissal of Action With Prejudice Pursuant to Rule 41(a) (Doc. No. 6; Notice) filed on June 11, 2018. In the Notice, Plaintiff withdraws the complaint and voluntarily dismisses this action. Upon review of the docket, the Court notes that Defendant has neither served an answer nor a motion for summary judgment. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby

    **ORDERED:**

    1.    This case is **DISMISSED with prejudice.**

    2.    The Clerk of the Court is directed to terminate all pending motions and close the file.

    **DONE and ORDERED** in Jacksonville, Florida, this 12th day of June, 2018.

                                                      BRIAN J. DAVIS
                                                      United States District Judge

*Copies furnished to:*

Counsel of Record

*ap*